JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTOPHER D. STITT, | ) | Case No. CV 14-05872 DMG (PLAx) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| FOCUSMICRO, INC., | ) | |
| Defendant. | ) | |

This Court having granted the motion by Plaintiff Christopher D. Stitt for default judgment by order dated June 16, 2015,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Christopher D. Stitt and against Defendant Focusmicro, Inc. in the following amounts: $338,000 in damages, $22,125 in statutory penalties, $21,950 in attorney's fees, $643.80 in costs, and post-judgment interest pursuant to 28 U.S.C. § 1961(a). The Court shall retain jurisdiction of this action to the extent necessary to enforce the Judgment.

DATED: June 18, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE